STATE of Missouri, Respondent,

v.

**Nelson E. DeCLOUD, Appellant.**

Nos. WD 50254, WD 52964.

Missouri Court of Appeals,
Western District.

May 20, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, John E. Jackson, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of kidnapping, § 565.110, felonious restraint, § 565.120, rape, § 566.030, and sodomy, § 566.060, as

well as denial of his Rule 29.15 motion for post-conviction relief.[1]

Affirmed. Rules 30.25(b) and 84.16(b).

---

1. All references are to Missouri Revised Statutes, 1994, unless otherwise indicated.